# United States District Court
## Violation Notice

CVB Location Code: MD81

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| FM02900L | MELITA JEFFERSON | J9657 |

FM02900L

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/18/2016 8:37 AM

Offense Charged: ☐ CFR  ☐ USC  ■ State Code
18 USC 13 MTA21.1124.2 (d2)

Place of Offense: RAY ST ADJ 79TH DIV

Offense Description: Factual Basis for Charge    HAZMAT ☐
DRIVER USING HANDS TO USE HANDHELD TELEPHONE WHILE MOTOR VEHICLE IS IN MOTION
SECONDARY ACTION: 1ST OFFENSE

### DEFENDANT INFORMATION

| Last Name | First Name | M.I |
|---|---|---|
| KLEIN | HARRY | C |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (on back of yellow copy)

B ■ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT
SEE INSTRUCTIONS (on back of yellow copy)

$83.00 Forfeiture Amount
+30 Processing Fee

PAY THIS AMOUNT ➔    $113.00    Total Collateral Due

### YOUR COURT DATE
(if no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address: TBA

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the local collateral due.

X Defendant Signature

(Re.01/2011)    Return to CVB With Payment

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on OCTOBER 18, 2016 while exercising my duties as a law enforcement officer in the FORT MEADE District of MARYLAND

ON THE ABOVE DATE AT THE ABOVE TIME WHILE ON PATROL, I OBSERVED THE DRIVER OF SAID VEHICLE OPERATING A HANDHELD TELEPHONE WHILE THE VEHICLE WAS IN MOTION, I ACTIVATED MY EMERGENCY EQUIPMENT AND CONDUCTED A TRAFFIC STOP ON SAID VEHICLE; THE DRIVER WAS IDENTIFIED BY THEIR DRIVERS LICENSE. DISPATCH CONDUCTED A NCIC CHECK OF BOTH VEH AND DRIVER AND BOTH RETURNED VALID. CITATION ISSUED AND UNIT CLEARED.

The foregoing statement is based on:

■ my personal observation   ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed On: 10/18/2016
Date(mm/dd/yyyy)       Officers Signature

Probable cause has been stated for the issuance of a warrant.

Executed On: _____
Date(mm/dd/yyyy)       U.S. Magistrate Judge

**HAZMAT =** Hazardous material involved in incident;  **PASS=** 9 or more passenger vehicle;
**CDL=** Commercial drivers license;  **CMV** Commercial vehicle involved in incident